
11/18/2016

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LEO EDWARD WHELAN, | § | CASE NO. 15-41659 |
| | § | |
| Debtor. | § | (Chapter 7) |
| | § | |
| MICHAEL K. KOESLING, NOAH KOESLING, ARK EXPLORATION, LLC, JOAN WAGNER LIVING TRUST (AUGUST 1, 1994; REVISED MAY 22, 2009), JOAN WAGNER, VLV, LLC, LORENZO COLA, RONALD K. WHITE, SR. AND WAYNE R. HALL, | § | |
| PLAINTIFFS, | § | |
| v. | § | ADV. NO. 16-04108 |
| LEO EDWARD WHELAN, | § | |
| DEFENDANT. | § | |

## AGREED FINAL JUDGMENT

CAME ON for consideration of the above-referenced matter in which Michael K. Koesling, Noah Koesling, Ark Exploration, LLC, Joan Wagner, Joan Wagner Living Trust (August 1, 1994; Revised May 22, 2009), VLV, LLC, Lorenzo Cola, Ronald K. White, Sr. and Wayne R. Hall (collectively, the "Plaintiffs") have complained of Leo Edward Whelan ("Defendant"), and the court finding that the parties have reached an agreement considering a resolution of the foregoing and the court being of the opinion that such an agreement should be entered as a matter of record in this course hereby enters the following judgment. It is hereby

ORDERED that Plaintiffs Michael K. Koesling, Noah Koesling, Ark Exploration, LLC, Joan Wagner, Joan Wagner Living Trust (August 1, 1994; Revised May 22, 2009), VLV, LLC, Lorenzo Cola, Ronald K. White, Sr. and Wayne R. Hall have and shall recover a final judgment against Defendant Leo Edward Whelan in the sum of $1,781,741.88, and such judgment shall bear post-judgment interest at the rate of 4% per annum; and it is further

ORDERED that the debts evidenced by the Judgment are determined to be non-dischargeable pursuant to 11 U.S.C. §§523(a) and 523(c)(1); and it is further

ORDERED that Plaintiffs are allowed such writs and processes as may be necessary in the enforcement and collection of this judgment for all of which let execution issue.

All relief not granted herein is DENIED. This is a final, appealable judgment.

Signed on 11/18/2016

*Brenda T. Rhoades*    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED:

Leo Edward Whelan
2905 Fondren Drive
Dallas, TX 75205
Debtor


Robert T. DeMarco
State Bar No.
robert@demarcomitchell.com
DeMarco-Mitchell, PLLC
1255 West 15th Street, Suite 805
Plano, Texas 75075
972-578-1400
972-346-6791 (fax)
Attorneys for Defendant Leo Edward Whelan

ORDERED that Plaintiffs Michael K. Koesling, Noah Koesling, Ark Exploration, LLC, Joan Wagner, Joan Wagner Living Trust (August 1, 1994; Revised May 22, 2009), VLV, LLC, Lorenzo Cola, Ronald K. White, Sr. and Wayne R. Hall have and shall recover a final judgment against Defendant Leo Edward Whelan in the sum of $1,781,741.88, and such judgment shall bear post-judgment interest at the rate of 4% per annum; and it is further

ORDERED that the debts evidenced by the Judgment are determined to be non-dischargeable pursuant to 11 U.S.C. §§523(a) and 523(c)(1); and it is further

ORDERED that Plaintiffs are allowed such writs and processes as may be necessary in the enforcement and collection of this judgment for all of which let execution issue.

All relief not granted herein is DENIED. This is a final, appealable judgment.

AGREED:

_____
Leo Edward Whelan
2905 Fondren Drive
Dallas, TX 75205
Debtor

_____
Robert T. DeMarco
State Bar No.
robert@demarcomitchell.com
DeMarco-Mitchell, PLLC
1255 West 15th Street, Suite 805
Plano, Texas 75075
972-578-1400
972-346-6791 (fax)
Attorneys for Defendant Leo Edward Whelan

_____
AGREED FINAL JUDGMENT – Page 2

_/s/ Larry A. Levick_
Larry A. Levick
State Bar No. 12252600
levick@singerlevick.com
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
Tel. (972) 380-5533
Fax (972) 380-5748
Attorneys for Plaintiffs Michael K. Koesling, Noah Koesling,
Ark Exploration, LLC, Joan Wagner, Joan Wagner Living Trust
(August 1, 1994; Revised May 22, 2009), VLV, LLC,
Lorenzo Cola, Ronald K. White, Sr. and Wayne R. Hall